```
        IN THE UNITED STATES DISTRICT COURT FOR THE

                     DISTRICT OF NEBRASKA
```

DERNICK RESOURCES, INC., a          )
Delaware corporation,               )
                                    )
            Plaintiff,              )         7:07CV5009
                                    )
    v.                              )
                                    )
DAVID WILSTEIN, an individual,)               ORDER
and LEONARD WILSTEIN,               )
individually and as Trustee         )
of the Leonard Wilstein Trust,)
                                    )
            Defendants.             )
_____)

This matter is before the Court on the joint stipulation to 90-day abatement (Filing No. 70). Pursuant thereto,

IT IS ORDERED:

1) The stipulation is approved and adopted; this action is stayed and all progression deadlines are cancelled.

2) The parties shall file a status report as to settlement negotiations on or before September 25, 2009.

DATED this 19th day of June, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court